JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITRUS PLUS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRESHCO FOODSERVICE, ) <br> INC.; CHRISTOPHER ) <br> KATHRENS, ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 11-00231 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Amended Order filed March 14, 2013, IT IS ORDERED AND ADJUDGED that Plaintiff shall have judgment against Freshco Foodservice, Inc. of $39,323.80, representing $30,756 in principal, $2396.68 in interest at 18% per annum, $3,851.64 in stipulated attorney's fees, and $2,319.48 in additional attorney's fees. The Court orders that such judgment be entered.

Dated: March 14, 2013

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge